No. 88-691. PETROLEUM OPERATION SUPPORT SERVICE, INC., ET AL. *v.* GRINTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 88-693. SIMMONS *v.* BURNS, COMMISSIONER, CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88-711. INTERSTATE COMMERCE COMMISSION *v.* UNITED TRANSPORTATION UNION ET AL. C. A. 8th Cir. Certiorari denied.

No. 88-724. PEAK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88-5015. HAGGENJOS *v.* BROGLIN, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 88-5168. RANSOM *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 88-5240. BARGET *v.* BARGET. Ct. Sp. App. Md. Certiorari denied.

No. 88-5252. TURNER *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 88-5255. RANCK *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 88-5263. LEYBA *v.* SULLIVAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88-5279. REMBERT *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88-5297. ESSEX *v.* VASSAR, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88-5307. WILLIAMS *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.